IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| CHRISTOPHER TODD YOUNG, <br> TDCJ No. 02115012, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY PATTERNSON, <br><br> Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil No. 4:17-CV-140-O |

### PLAINTIFF'S ANSWERS TO THE COURT'S QUESTIONNAIRE

**QUESTION NO. 1:** At the time of the events underlying this lawsuit, was Defendant Timothy Patternson employed to work as a security officer at the Woodstock Apartments?

ANSWER: Yolanda Meeks came to visit me in Tarrant County jail a few months after the incident and said he was to work their on June 19, 2016

**QUESTION NO. 2:** Was Timothy Patternson a privately-hired security guard or was he employed as a police officer, sheriff's deputy, or other law enforcement official?

ANSWER: privately-hired security guard he was not a fort Worth police officer

**QUESTION NO. 3:** State the name of the company or government entity that employed Defendant Timothy Patternson to serve as a security officer.

**ANSWER:** I don't know the name of the company he works for I don't have the resource to find out all I know is he was at woodstock apartment on June, 19, 2017 at 849 Boca Hills Circle apt 212 Fort worth, Tx 76112 thats were I was staying with Yolanda Meeks at the time we was in a relationship from 2013 until June. 19, 2016

**QUESTION NO. 4:** Were you arrested at the time of the events underlying this lawsuit?

ANSWER: Yes June 19, 2016

If your answer to Question No. 4 is "Yes," state whether you were arrested and taken into custody by Timothy Patternson, or whether other law enforcement officers arrived at the scene and arrested you. If you were arrested and taken into custody by other law enforcement officers, state the name of their law enforcement department.

ANSWER: No I was not Arrested by Timothy Patterson I was Arrested by Fort Worth Police department officers June. 19, 2016

-4-

**QUESTION NO. 5:** If you were arrested at the time of the events underlying this lawsuit, state (1) the nature of the criminal charges brought against you, if any, and (2) the current status of any such criminal charges. (i.e. - pending, dismissed, convicted, etc.).

ANSWER: burglary of habitation June, 19, 2016, Assualt on Security Officier

I was convicted of the burglary habitation because we got Into a disagreement me and Yolanda Meeks we were living together at the time I had belongings in the Apartment I was just try to Retrive them she was in the Apartment she wouldnt open the door, so I kicked It so that charge stuck but the offense of Assualt on A Security officier was dismissed 2-1-2017

**QUESTION NO. 6:** Your complaint raises claims that may be cognizable under the Civil Rights Act, 42 U.S.C. § 1983. To be held liable under the Civil Rights Act, an individual such as Timothy Patterson must be a "state actor." This requires that the entity or individual act "under color of any statute, ordinance, regulation, custom, or usage, of any State ...." 42 U.S.C. § 1983.

If you seek relief under the Civil Rights Act, state all <u>facts</u> known to you that you rely on to establish that Timothy Patternson acted under color of state law.

If you <u>do not</u> seek relief under the Civil Rights Act, write "Not Applicable" as your answer to this question.   Under: Color of STaTe law And STaTe Action §§ 1983

**ANSWER:** Under: Causation §§ 1983 actions

based on inadequate training, supervision, or hiring linked to deprivation of my federal rights his misuse of power

A. STaTe and local Officials - Abuse of power
b. STaTe Action Test-

-6-

## VERIFICATION

STATE OF TEXAS )
) Civil No. 4:17-CV-140-O
COUNTY OF _TARRANT_ )

I understand that a false statement or answer to any question in this cause of action will subject me to penalties for perjury. I hereby verify, (certify, declare or state), under penalty of perjury, that the foregoing answers are true and correct. (28 U.S.C. § 1746).

SIGNED on this _21_ day of _September_, 2017.

_Christopher Todd Young_
Christopher Todd Young, Plaintiff

-7-

Christopher Todd Young #2115012
Middleton Unit
13055 FM 3522
Abilene, TX 79601
B-8-07

U.S. D...
2017 SEP 27 PM 12:29
CLERK OF COURT

ABILENE TX 795
25 SEP 2017 PM 1 T

Legal

Clerk
U.S. District Court
501 W. Tenth ST Room 310
Fort Worth, TX 76102